**Fill in this information to identify the case:**

Debtor 1 ___Rosemarie A. Avery_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Washington

Case number ___16-12258_____

Official Form 410S1

# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.  
**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 8 7 2 3

**Date of payment change:**  
Must be at least 21 days after date of this notice  08/01/2017

**New total payment:**  $ 135.29
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No  
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No  
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No  
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Per contract terms, days in monthly billing cycle varies month-to-month; principal balance, interest and fees change based upon debit/credit transactions

   Current mortgage payment: $ 123.87     New mortgage payment: $ 135.29

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| Debtor 1 | Rosemarie A. Avery | | | Case number (if known) | 16-12258 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Blake Zedar
Signature

Date 07/10/2017

Print: Blake Zedar
First Name   Middle Name   Last Name

Title Bankruptcy Specialist

Company KeyBank N.A.

Address 4910 Tiedeman Road
Number   Street

Brooklyn   OH   44144
City   State   ZIP Code

Contact phone 877-338-9436

Email bk_specialists@keybank.com

Official Form 410S1    Notice of Mortgage Payment Change    page **2**

Case 16-12258-MLB    Doc 40    Filed 07/10/17    Ent. 07/10/17 07:34:34    Pg. 2 of 3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In Re: Rosemarie A Avery　　　　　　　　Case No. 16-12258

　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　　　Debtor(s).

## CERTIFICATE OF SERVICE

　　　I hereby certify that on  July 10, 2017, I electronically filed a Notice Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Steven M Palmer: Debtor's Attorney
K Michael Fitzgerald: Trustee

　　　And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Rosemarie A Avery
32103 83rd Dr. NW
Stanwood, WA 98292

　　　　　　　　　　　　　　　　　/s/Blake Zedar
　　　　　　　　　　　　　　　　　Bankruptcy Specialist
　　　　　　　　　　　　　　　　　KeyBank N.A.